876 A.2d 365

COMMONWEALTH of Pennsylvania, Appellant,

v.

Orlando BAEZ, Appellee.

Supreme Court of Pennsylvania.

June 20, 2005.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of June, 2005, this court accepts jurisdiction over this matter under the collateral order doctrine. *Commonwealth v. Dennis,* 580 Pa. 95, 859 A.2d 1270 (2004). Further, the order of the Court of Common Pleas of Lancaster County is VACATED. *Commonwealth v. Williams,* 557 Pa. 207, 732 A.2d 1167 (1999). Jurisdiction relinquished.

Justice EAKIN did not participate in this matter.

Justice NIGRO dissents.